JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN WILLIAMS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TED BAKER LIMITED, a New York corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:18-CV-07416-JFW-AGR<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint filed: August 23, 2018 |

**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**

| | |
|---|---|
| 1 | The Court, having considered the parties' Stipulation for Dismissal Pursuant to |
| 2 | Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with |
| 3 | prejudice Plaintiff's Complaint in the above-entitled action. Each party shall bear its |
| 4 | own costs and attorneys' fees. |

IT IS SO ORDERED.

Dated: December 10, 2018         By: _____
                                 The Honorable John F. Walter
                                 United States District Court Judge